FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 15 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0196                    DATE: 4/14/2015
    COA #: 12-13-00035-CV    TC#: 2011-115
STYLE: CYNTHIA KAY LYLES
    v. AARON JORDAN, ET AL.

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702